JAMES MOORE, Respondent, v. MAYER L. ROSENMOND, Appellant.— Judgment

and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.; Dowling, J., dissenting and voting to reverse the judgment and grant a new trial upon the ground that the implied finding of the jury that at the time of the accident the chauffeur was engaged in the business of his employer is against the weight of the evidence.